VINCENT ROSENBALM                                  3/13/08
2100 NAPA VALLEJO HIGHWAY
NAPA, CALIFORNIA 94558
    UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
UNITED STATES OF AMERICA }
          V                } CRIMINAL COMPLAINT
ED FOULK                   }
NAPA STATE HOSPITAL        }   CV 08  1503 SI (PR)
2100 NAPA VALLEJO HIGHWAY  }
NAPA, CALIFORNIA 94558     } DEMAND JURY TRIAL

1) I, THE UNDERSIGNED COMPLAINANT STATE THAT THE FOLLOWING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE. ON OR ABOUT 3/13/08 IN NAPA COUNTY, IN THE NORTHERN DISTRICT OF CALIFORNIA DEFENDANT(S) DID DENY ME PROPER MEDICAL FOR MY SHOULDER. THIS VIOLATES MY DUE PROCESS UNDER THE 14th AMENDMENT OF THE U.S. CONSTITUTION. I FURTHER STATE I AM A PROFESSIONAL GOLFER AND DENIAL OF MEDICAL MAY DAMAGE MY CAREER. I HAVE BEEN DENIED MEDICAL FROM SEPTEMBER 2007. I ASK THE COURT FOR AN INJUNCTION FOR MEDICAL HELP AND A SUMMARY JUDGMENT FOR $250,000.00 DOLLARS.

            Vincent Rosenbalm
            3/13/08