PROOF OF MAIL DELIVERY    3/13/08

I am Vincent Rosenbalm an American citizen over 88 years of age

ON 3/13/08 I served the within

1) CRIMINAL COMPLAINT (3 copies)
2) FINANCIAL PAPERS (miscellaneous)

By placing a sealed envelope in the Napa State Hospital mail
Addressed to:

    COURT CLERK : RICHARD WIEKING
    U.S. DISTRICT COURT
    450 GOLDEN GATE AVE
    SAN FRANCISCO, CA 94102

FROM
Vincent Rosenbalm
2100 NAPA VALLEJO HIGHWAY
NAPA, CA 94558

This is true and correct to the best of my knowledge.

Vincent Rosenbalm
3/13/08

Vincent Rosenkrohn
2100 Napa Vallejo Highway
Napa, CA 94558

RECEIVED
MAR 17 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LEGAL MAIL

Court Clerk: Richard W. Wieking
U.S. District Court
450 Golden Gate Ave
San Francisco, CA 94102

UNITED STATES POSTAGE
PITNEY BOWES
02 1M
0004219468
MAILED FROM ZIPCODE 94558
$ 00.580
MAR 14 2008