FILED
APR - 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
                         )
         Plaintiff,      )   CASE NO. CV 08 1503 s.pr
                         )
vs.                      )   PRISONER'S
ED FOULK                 )   APPLICATION TO PROCEED
NAPA State Hospital      )   IN FORMA PAUPERIS
                         )
         Defendant.      )

I, VINCENT ROSENBAEM, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ✓   No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: Approx $20 week    Net: Approx $20 week

Employer: NAPA State Hospital
2100 NAPA VALLEY HIGHWAY NAPA, CA 94558

PRIS. APP. TO PROC. IN FORMA PAUPERIS      - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)

4  _____
5  _____
6  _____

7  2.     Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9    a.   Business, Profession or               Yes ✓  No ___
10        self employment
11   b.   Income from stocks, bonds,            Yes ___ No ✓
12        or royalties?
13   c.   Rent payments?                        Yes ___ No ✓
14   d.   Pensions, annuities, or               Yes ___ No ✓
15        life insurance payments?
16   e.   Federal or State welfare payments,    Yes ✓  No ___
17        Social Security or other govern-
18        ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  __Hospital Welfare $12⁵⁰ month_____
22  __AUTHOR HOUSE PUBLISHING $325 BOOK_____

23  3.     Are you married?                     Yes ___ No ✓
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____  Net $_____
28  4.   a.   List amount you contribute to your spouse's support:$ _____

1  b.   List the persons other than your spouse who are dependent upon you for
2       support and indicate how much you contribute toward their support. (NOTE:
3       For minor children, list only their initials and ages. DO NOT INCLUDE
4       THEIR NAMES.).
5  _____JDR (17)_____
6  _____NONe At present_____
7  5.   Do you own or are you buying a home?    Yes ____ No ✓
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.   Do you own an automobile? (2)    Yes ✓ No ____
10 Make __SUBARU__ Year __92/93__ Model __Legacy__
11 Is it financed? Yes _____ No _____ If so, Total due: $_____
12 Monthly Payment: $_____
13 7.   Do you have a bank account?  Yes ____ No ✓ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $_____
17 Do you own any cash? Yes ____ No ✓ Amount: $_____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.)   Yes ✓ No ____
20 __Personal property Approx $ 10-15,000.00__
21 8.   What are your monthly expenses?
22 Rent: $ ____0____      Utilities: ____0____
23 Food: $ ____0____      Clothing: ____0____
24 Charge Accounts:
25 Name of Account        Monthly Payment        Total Owed on This Acct.
26 ____0____              $ ____0____            $ ____0____
27 _____           $ _____         $ _____
28 _____           $ _____         $ _____

*All Estimates*

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

School Loans       Approx $5-10,000
Credit Card Debt   Approx $5-10,000

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ___ NOT SURE?

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

Not SURE?

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

3/30/08                         Vincent Rosenbalm
DATE                            SIGNATURE OF APPLICANT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**INSTRUCTIONS FOR PRISONER'S
IN FORMA PAUPERIS APPLICATION**

You must submit to the court a completed Prisoner's In Forma Pauperis Application if you are unable to pay the entire filing fee at the time you file your complaint or petition. Your application must include copies of the prisoner trust account statement showing transactions for the last six months and a certificate of funds in prisoner's account, signed by an authorized officer of the institution.

**A.    Non-habeas Civil Actions**

Effective April 9, 2006, the filing fee for any civil action other than a habeas is $350.00. Even if you are granted leave to proceed in forma pauperis, you must still pay the full amount of the court's filing fee, but the fee will be paid in several installments. 28 U.S.C. § 1915.

You must pay an initial partial filing fee of 20 percent of the greater of (a) the average monthly deposits to your account for the 6-month period immediately before the complaint was filed or (b) the average monthly balance in your account for the 6-month period immediately before the complaint was filed. The court will use the information provided on the certificate of funds and the trust account statement to determine the filing fee immediately due and will send instructions to you and the prison trust account office for payment if in forma pauperis status is granted.

After the initial partial filing fee is paid, your prison's trust account office will forward to the court each month 20 percent of the most recent month's income to your prison trust account, to the extent the account balance exceeds ten dollars ($10.00). Monthly payments will be required until the full filing fee is paid. If you have no funds over ten dollars ($10.00) in your account, you will not be required to pay part of the filing fee that month.

**If your application to proceed in forma pauperis is granted, you will be liable for the full $350.00 filing fee even if your civil action is dismissed. That means the court will continue to collect payments until the entire filing fee is paid. However, if you do not submit this completed application the action will be dismissed without prejudice and the filing fee will not be collected.**

**B.    Habeas Actions**

The filing fee for a habeas action is $5.00. If you are granted leave to proceed in forma pauperis you will not be required to pay any portion of this fee. If you are not granted leave to proceed in forma pauperis you must pay the fee in one payment and not in installments. **If you use a habeas form to file a non-habeas civil action, you will be required to pay the $350.00 filing fee applicable to all non-habeas civil actions.**

IFP APPLI.-PRISONER (Rev. 4/06)

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

## E-filing

Dear Sir or Madam:

Your complaint has been filed as civil case number _____

A filing fee of $350.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety. If the application is granted, you will not have to prepay the fee, but it will be taken out of income to your prisoner account in installments.

**(PR)**

Your complaint is deficient because you did not pay the filing fee and:

1. ____ you did not file an In Forma Pauperis Application.

2. ✓ the In Forma Pauperis Application you submitted is insufficient because:

   ✓ You did not use the correct form. You must submit this court's current Prisoner's In Forma Pauperis Application.

   ____ Your In Forma Pauperis Application was not completed in its entirety.

   ____ You did not sign your In Forma Pauperis Application.

   ✓ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

   ✓ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

   ____ Other _____

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE.** If you do not respond within **THIRTY DAYS** from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing a prisoner's In Forma Pauperis Application will allow the court to determine whether installment payment of the filing fee should be allowed.

Sincerely,
RICHARD W. WIEKING, Clerk,

By_____
Deputy Clerk

rev. 10/25/07

ROSENBACH





BUSINESS REPLY MAIL
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE NECESSARY IF MAILED IN THE UNITED STATES

APR - 4 2008