1. VINCENT ROSENBALM                 FILED 4/23/2008
2. 2100 NAPA VALLEJO HIGHWAY UNIT 506
3. NAPA, CALIFORNIA 94558
4. (707) 252-9949
5.         UNITED STATES DISTRICT COURT
6.       NORTHERN DISTRICT OF CALIFORNIA
7. CASE NUMBER(S) C08-279 SI (pr), C08-751 SI (pr)
8. C08-952 SI (pr), C08-1360 SI (pr), C08-1474 SI (pr)
9. C08-1503 SI (pr), C08-1504 SI (pr), C08-1603 SI (pr)
10. ORDER TO SHOW CAUSE RE CONTEMPLATED
11. DISMISSAL. (REASON(S)) MY FIRST REASON
12. FOR NOT DISMISSING THESE CASE(S) IS JUDGE
13. ILLSTON COMMITTED PREJUDICIAL MISCONDUCT
14. ON MATTERS CONCERNING THESE CASE(S)
15. ON OR ABOUT APRIL 3, 2008. A JUDICIAL
16. MISCONDUCT COMPLAINT WAS SENT TO THE
17. NINTH CIRCUIT COURT OF APPEALS ON 4/11/2008
18. AND A CRIMINAL COMPLAINT SENT 4/23/2008.
19. THE CRIMINAL COMPLAINT CHARGES
20. JUDGE ILLSTON WITH PERJURY. CHIEF
21. U.S. DISTRICT JUDGE VAUGHN R. WALKER
22. WAS ALSO SENT A JUDICIAL MISCONDUCT
23. COMPLAINT ON 4/23/2008. TO DISMISS
24. THESE CASE(S) WOULD BE MORE MISCONDUCT.
25. 2)    SECOND REASON FOR NOT DISMISS
26. IS (2) ATTEMPTS TO KILL ME BY POLICE
27. CONCERNING THESE CASE(S) ONE IN 1993
28. AND THE OTHER IN 2007 (5/03/2007) FOR

1. THIS REASON I AM IN "IMMINENT DANGER
2. OF SERIOUS INJURY!" THIS IS EX-
3. TREMELY BAD KARMA! RECENTLY
4. WHILE IN JAIL AT MENDOCINO COUNTY
5. POLICE THREATENED TO KILL MY FAMILY
6. MEMBERS. UKIAH POLICE ALSO STOLE
7. ABOUT $5600 CASH/CHECKS AND REFUSED
8. TO RETURN THEM! (EXTORTION?)
9. 3) REASON 3  I INJURED MY SHOULDER
10. IN SEPTEMBER 2007 AND MAY NEED SURGERY
11. I HAVE BEEN DENIED MEDICAL FOR 8
12. MONTHS AND THIS MAY JEOPARDIZE MY
13. PRO GOLF CAREER.
14. 4. REASON 4  I HAVE BEEN INCARCERATED
15. ABOUT 19 MONTHS, NO LAWYER HAS COME
16. TO SEE ME, NOT ONCE? I HAVE BEEN
17. DENIED MY 6th AMENDMENT RIGHTS
18. AND Little or NO Access to THE
19. COURTS AS MENDOCINO SHERIFFS
20. REFUSED TO ALLOW MAIL TO COME
21. INTO THE JAIL AND NAPA STATE
22. Hospital has refused some mail
23. service and decent access to the
24. courts! UNDER THE PENALTY OF PERJURY
25. THIS IS TRUE AND CORRECT TO THE
26. Best OF MY KNOWLEDGE. (SEE ATTACHMENTS!)
27.                                    Vincent Rosenbalm
28.                                    4/23/2008

# U.S. District Court
# Case Number C07-4197 si pr
# And Napa County Grand Jury

I am currently held illegally and a Doctor at Napa State Hospital (DR Wiltse) committed perjury to have me illegally drugged. A judge Mr Brennan refused me a hearing, witnesses and a lawyer at court but signed a court order to drug me illegally. He violated the 6th and 14th Amendment of the U.S. Constitution to illegally drug me, the court order did not even have my legal name on it. Vincent Rosenbalm is my legal name, but I was drugged under a court order that had the name Rosenbaum on it.

Citizens Complaint Under Penal Code 832.5
Against Linda Thompson attorney State Bar #118430

To the Grand Jury or any Peace Officer State or Federal;

On April 13th 2007 a court order was signed by Judge Clayton Brennan in Mendocino County Superior Court, this court order is illegal for many reasons, including an attorney Linda Thompson who seeking revenge for state bar complaints falsified court documents to have me drugged. I am a professional athlete and do not do drugs. My name is Vincent Rosenbalm owner of Ace Company and pro golfer. Another reason for being illegal is Judge Brennan refused me a lawyer and witnesses at this hearing violating the 6th and 14th Amendment of the US Constitution. He even signed an incorrect name on this document with a name not my legal correct name. Linda Thompson also went against a Court order by Judge Brown on a 12/26/06 Court order and is in serious trouble for this misconduct and is under investigation.    Vincent Rosenbalm-Ace Company

Citizens Complaint Penal Code 832.5
Police Report Ukiah Police

    My house has been broken into many times illegally by Ukiah Police in the last year. I filed many insurance claims, yet Ukiah Police refuse to allow me to file a police report at the station, even after local police have committed hundreds of crimes by destroying my home on many different occasions. Some of the property stolen includes

1) schoolwork for my masters degree and computers

2) miscellaneous

3) furniture, golf gear (pro golfer)

4) jewelry, cash, checks, 2 cars

5) airline and vacation vouchers

6) court paperwork and federal court claims

7) insurance claims

The insurance and court claims exceed $5 million in damages. Police have even stole my dogs and threatened to kill my family members. And I am currently detained illegally under a court order the does not have my legal name on it. My hope is this malicious prosecution is stopped.    Vincent Rosenbalm

## CONCLUSION

The action is dismissed without prejudice to Rosenbalm filing a new petition for writ of habeas corpus after he exhausts state court remedies as to his federal constitutional claims regarding the commitment order. All other challenges to the criminal proceedings must wait until Rosenbalm is convicted; he may not challenge the state court criminal proceedings against him until he is convicted and then must exhaust state court remedies before filing a federal petition for writ of habeas corpus. This dismissal also is without prejudice to Rosenbalm challenging the conditions of confinement at the county jail and at Napa State Hospital in a civil rights action.

Respondent's motion to file medical records under seal is GRANTED. (Docket # 52.)

In light of the dismissal of this action, the court DENIES as moot Rosenbalm's motions for a mediator, for injunctive relief, for a temporary restraining order, for an in camera hearing, for summary judgment, and for appointment of counsel. (Docket #s 30, 39, 44, 46, 50, 54, 55, 62, 77, and 81.)

The clerk shall close the file.

IT IS SO ORDERED.

DATED: April 3, 2008

SUSAN ILLSTON
United States District Judge

# U.S. District Court
# Northern District of California
# 3/10/08

This complaint is based on the misconduct of Police Officer Glenn Stark who I believe committed dozens of crimes on or about September 22, 2006 in Mendocino County. Some of the crimes I believe he committed include:

- Perjury
- Extortion
- Theft
- Burglary
- Illegal Imprisonment
- Kidnapping

After a traffic stop on or about 9/22/06 Mr Stark stole about $5600 cash and checks and booked me to appear in court, yet no case ever appeared on the court docket?? After I was release OR from the police station I found my house destroyed and a search warrant from Glenn Stark in my house. Jewelry, vacation and travel vouchers were missing from my resident and other important property. The search warrant was missing a DA signature on it. How can a search warrant with no DA signature be legal. He also took my cell phone after arrest, other crimes were committed.

Vincent Rosenbalm
3/10/08

PROOF OF SERVICE        4/24/2008

I am Vincent Rosenbalm an American citizen over 18 years of age

ON 4/24/2008 I served the within:
1) ORDER TO SHOW CAUSE RE-CONTEMPLATED ~~DISMAGE~~ DISMISSAL 6 page
2) ATTACHMENTS 5 X 3pages 15 pages.
By placing a sealed copy in the Napa State Hospital mail Addressed To

   COURT CLERK
   U.S. DISTRICT COURT
   450 GOLDEN GATE AVE
   SAN FRANCISCO, CA 94102

From
Vincent Rosenbalm
2100 Napa Vallejo Highway Unit 5
Napa, CA 94558

Under the Penalty of Perjury this is true and correct to the best of my knowledge.

                        Vincent Rosenbalm

VINCENT ROSENBAUM
2100 NAPA VALLEJO HIGHWAY UNIT 5
NAPA, CA 94558

LEGAL MAIL
Court Clerk
U.S. District Court
450 Golden Gate Ave.
San Francisco, CA 94102