1
2
3
4
5
6

UNITED STATES DISTRICT COURT

7

NORTHERN DISTRICT OF CALIFORNIA

8
9

In Re.

10

VINCENT ROSENBALM,

11

            Plaintiff.

12

_____/

13

No. C 08-279 SI (pr)
No. C 08-751 SI (pr)
No. C 08-952 SI (pr)
No. C 08-1360 SI (pr)
No. C 08-1474 SI (pr)
No. C 08-1503 SI (pr)
No. C 08-1504 SI (pr)
No. C 08-1603 SI (pr)

**JUDGMENT**

14
15

    Each of these actions is dismissed without prejudice to plaintiff asserting his claims in

16

an action for which he pays the full filing fee at the time he files his complaint.

17
18

    IT IS SO ORDERED AND ADJUDGED.

19
20

Dated: May 8, 2008

                                    _____
                                    SUSAN ILLSTON
                                    United States District Judge

21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California